```
 1  Edward R. Litwin SB#: 57635
    Christina H. Lee SB#: 230883
 2  Litwin & Associates, A Law Corporation
    1435 Huntington Ave., Suite 336
 3  South San Francisco, CA  94080
    (650) 588-7100 (t) (650) 588-4302 (f)
 4
 5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Steve Anton Deeb | Civil No. 07-03036 MMC |
|     Plaintiff, | VOLUNTARY DISMISSAL OF ACTION |
| vs. | |
| Michael Chertoff, Secretary | |
| Emilio T. Gonzalez, Director, USCIS | "Immigration Case" |
| Rosemary Melville, District Director | CIS NO.        A098-256-935 |
| Department of Homeland Security; | |
| Robert S. Mueller, Director | |
| Federal Bureau of Investigations | |
|     Defendants. | |

    WHEREAS, the Plaintiff, through counsel, has asked the Department of Homeland Security to adjudicate his application for permanent residence, and

    WHEREAS, the Department of Homeland Security has adjudicated and approved his application, and

    WHEREAS, the Plaintiff is now a lawful permanent resident of the United States, and

    WHEREAS, this is now moot, and

    WHEREAS, the Defendants have not answered the complaint or otherwise appeared in this action,

    NOW, THEREFORE, the Plaintiff, through counsel, voluntarily dismiss this action pursuant to

COMPLAINT                              1

rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Clerk is requested to enter said dismissal in the records of the District Court.

Dated:  ___8/14/07_____

                                                                               /s/_____
                                                                      Edward R. Litwin
                                                                      Attorney for Plaintiffs

COMPLAINT                                            2